**LE BLANC, Judge.**

This is one of the two suits referred to in the opinion in the case of Isaiah Sumner v. Grand Lodge, Knights of Pythias of State of Louisiana (La. App.) 147 So. 747, this day handed down, in which the issue as between Isaiah Sumner and James Randall, intervener in that proceeding, is the same. As stated in the opinion in that case, the suits were consolidated for the purpose of trial and also for argument before this court. In this suit, judgment was rendered in favor of James Randall recognizing him as beneficiary under the policy issued by the plaintiff in this case in favor of Allen Sumner, deceased, and as such, entitled to the proceeds thereof which had been deposited by plaintiff in the registry of the court.

For the same reasons as are assigned in the case of Isaiah Sumner v. Grand Lodge, Knights of Pythias, it is ordered that the judgment appealed from herein be, and the same is hereby, affirmed.

---

### GRAND LODGE, KNIGHTS AND LADIES OF HONOR OF AMERICA, Inc., v. James RANDALL and Isaiah Sumner.
#### No. 1184.

Court of Appeal of Louisiana. First Circuit.
April 17, 1933.

Chas. J. Mundy, of New Orleans, for appellant.

Rene H. Himel, of Franklin, for appellees.

**LE BLANC, Judge.**

This is one of the two suits referred to in the opinion in the case of Isaiah Sumner v. Grand Lodge, Knights of Pythias of the State of Louisiana (La. App.) 147 So. 747, this day handed down, in which the issue as between Isaiah Sumner and James Randall, intervener in that proceeding, is the same. As stated in the opinion in that case, the suits were consolidated for the purpose of trial and also for argument before this court. In this suit, judgment was rendered in favor of James Randall recognizing him as beneficiary under the policy issued by the plaintiff in this case in favor of Allen Sumner, deceased, and, as such, entitled to the proceeds thereof which had been deposited by plaintiff in the registry of the court.

For the same reasons as are assigned in the case of Isaiah Sumner v. Grand Lodge, Knights of Pythias, it is ordered that the judgment appealed from herein be, and the same is hereby, affirmed.

---

### MUSTACK v. UNION INDEMNITY CO.
#### No. 1105.

Court of Appeal of Louisiana. First Circuit.
April 17, 1933.

C. V. Pattison, of Lake Charles, for appellant.

Fern M. Wood, of Leesville, for appellee.

**ELLIOTT, Judge.**

Jimmie Mustack alleges that the Union Indemnity Company is his obligor in the matter of the compensation insurance furnished by James Stanton Construction Company; that as one of the employees of the said construction company, and while working in the construction of a highway and endeavoring to lift a large piece of machinery known as the separator-grader, he sustained a hernia, thereby producing in himself a permanent, total disability to do work of any reasonable character. He claims compensation of the Union Indemnity Company, on account of its said